FILED

2026 Jun-29 PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION (HUNTSVILLE)

**OMAR ANTONIO LOPEZ**, Plaintiff,

v.

**47 BRAND, LLC; NEW ERA CAP CO., INC.; CLUB FORTY7; JANE AND JOHN DOES 1 THROUGH 1,000,000,** Defendants.

**CASE NO.:**

**FORMAL COMPLAINT AND DECLARATION OF ORIGINAL INTEREST**

**To the Clerk of Court, Northern District of Alabama, Northeastern Division (Huntsville):**

I, Omar Antonio Lopez, a living soul and aboriginal from the tribe of Judah, hereby submit this formal complaint regarding the misappropriation of intellectual property. This filing is made in my capacity as the senior rightsholder and original creator of the concepts and intellectual foundations identified as 47 TAG ENT.

# I. STATEMENT OF ORIGIN AND SENIOR RIGHTSHOLDER STATUS

The intellectual property, branding, and conceptual framework known as 47 TAG ENT were originated by me during the period of 2007 through 2009. My status as the originator is real by direct, physical evidence: I acquired a tattoo of this intellectual property in 2009, and I was actively producing music under the 47 TAG ENT identity as early as 2008. The identifier "47" possessed no significant cultural or commercial currency until I imbued it with value, popularity, and identity through my creative output. As the "copper tone original," my identity and creative works are the authentic source from which corporate and commercial entities have sought to derive profit. My status as the originator is rooted in the actual time of conception, professional musical production, and personal identification, all of which predate the rebranding of the defendants. As the primary creator, I hold the senior interest in these works. My rights are established by prior creation, and I maintain that these rights have been continuously and intentionally suppressed.

# II. GROUNDS FOR COMPLAINT

- **Pattern of Infringement:** The Defendants have engaged in a systemic, multi-front misappropriation of my intellectual property. This is evidenced by two distinct modes of infringement:

  - **The Corporate Evolution:** 47 BRAND, LLC operated for decades as "Twins Enterprise," rooted in Boston/Fenway Park. Only after I established the cultural currency of the "47" identifier did this entity, in partnership with NEW ERA CAP CO., INC., rebrand to enter the Southern market with urban apparel, directly encroaching on my established identity.

  - **The Venue Rebranding:** The venue in Huntsville, Alabama, previously known as "The Green Room" for many years, underwent a deliberate name change to become CLUB FORTY7. This shift was a calculated attempt to co-opt the "47" marker that I had already made popular.

- **Targeted Misappropriation:** These entities have recognized my status as the "copper tone original" and have deliberately targeted my intellectual foundations for exploitation. They have utilized the "47" nomenclature to mask their appropriation of my creative "urban ship,"

effectively rebranding their entities to encroach upon the identity I established.

- **Injury to Life**: The ongoing refusal to recognize these rights constitutes a direct injury to my capacity to provide for my family and fulfill my role as a father, which is the primary focus of my life and work.

## III. CAPACITY OF THE PLAINTIFF

I appear in this matter solely as a living soul and aboriginal from the tribe of Judah. Consequently, I do not represent a business entity. Therefore, any local requirements for filing a business entity disclosure statement are inapplicable to this matter, as my interest is held in my private, personal capacity.

## IV. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that the Court:

1. Formally recognize Omar Antonio Lopez as the senior rightsholder and originator of the intellectual property known as 47 TAG ENT.
2. Provide an accounting of the infringement and misappropriation committed by 47 BRAND, LLC, NEW ERA CAP

CO., INC., CLUB FORTY7, and all Jane and John Does 1-1,000,000.

3. Order the necessary relief to rectify the injury to life caused by the suppression of these intellectual property rights.

## CERTIFICATE OF SERVICE

I, Omar Antonio Lopez, hereby certify that I am filing this Complaint with the Clerk of Court for the Northern District of Alabama, Northeastern Division. I am concurrently submitting USM-285 forms for the service of process upon all named Defendants, including 47 BRAND, LLC; NEW ERA CAP CO., INC.; and CLUB FORTY7, in accordance with federal procedural requirements.

Respectfully submitted,

**Omar Antonio Lopez** General Delivery Nashville, Tennessee 37202 256-783-7719 OAL471983@gmail.com

~TONIO LOPEZ
~L DILIVERY
~VILLE, TN 37202

FOREVER / USA

CLERK OF COURT
660 GALLATIN STREET, SW,
HUNTSVILLE, AL 35801

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JUN 29